**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Unique M. Green v. Federal National Mortgage Association
                                         & OneWest Bank, N.A.

Appellate case number:   01-18-00258-CV

Trial court case number:   2015-36481

Trial court:                269th District Court of Harris County

      Appellant, Unique M. Green, has filed a notice of the appeal of the trial court's March 29, 2018 final judgment. Appellant's brief was initially due on July 2, 2018. *See* TEX. R. APP. P. 4.1, 38.6(a). On appellant's motion, we extended the time to file a brief to August 31, 2018, with no further extensions absent extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d). Appellant has filed a second motion, requesting a sixty-day extension of time to file her brief. The motion is **granted**.

      Appellant's brief is due to be filed no later than **October 30, 2018**. No further extensions will be granted.

      It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually    ☐ Acting for the Court

Date: September 6, 2018